■ ARCHIE MCCORMICK, Respondent, v DERICKA THOMPSON, Defendant, and BENNETT GOLDSTEIN, Appellant. [51 NYS3d 457]—Appeal from an amended order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered June 16, 2016. The amended order denied the motion of defendant Bennett Goldstein for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 21, 2017,

It is hereby ordered that said appeal is unanimously

dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.